[No. 8339.]

THE PEOPLE V. PYLE.

The case ruled by the opinion in *People v. Brown*, No. 8338.

*Error to Chaffee District Court.* HON. CHARLES A. WILKIN, Judge. Department.

Mr. GILBERT A. WALKER, District Attorney, for the people.

Mr. G. K. HARTENSTEIN, for defendant in error.

Opinion by Mr. JUSTICE TELLER.

This case presents substantially the same question as that which was determined in *People v. Brown*, No. 8338, decided at this term, differing only in the fact that here the defendant is charged with having himself sold goods to the town while a member of the board of trustees.

For the reasons stated in *People v. Brown, ante,* the judgment is affirmed.

CHIEF JUSTICE GABBERT and Mr. JUSTICE HILL concurring.